## UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

----------------------------------------------

No. 14-1678

(4:02-cv-01859-RBH)

----------------------------------------------

ESTATE OF DORIS HOLT; RODNEY KEITH LAIL; IRENE SANTACROCE

Plaintiffs-Appellants

and

JAMES SPENCER; SOUTHERN HOLDINGS, INCORPORATED; RICKY STEPHENS;

MARGARITE STEPHENS

Plaintiffs

v.

HORRY COUNTY, SOUTH CAROLINA; HORRY COUNTY POLICE DEPARTMENT;

JAMES ALBERT ALLEN, JR.; SIDNEY RICK THOMPSON; JEFFRY S. CALDWELL;

CHARLES MCCLENDON; JAY BRANTLY; ANDY HARTNESS; MICHAEL STEVEN

HARTNESS; HAROLD STEVEN HARTNESS; ANCIL B. GARVIN, III

Defendants-Appellees

-------------------------------------------------------------------------------------

## APPELLANT'S MOTION TO DEFER APPENDIX

**NOW COMES** Appellants Estate of Doris Holt, Rodney Lail and Irene

Santacroce, through the undersigned counsel, respectively moves this Honorable

Court for under FRAP 30(c)(1) for a Deferred Appendix in the present case . The

undersigned has taken this case to represent these individuals on a *pro bono* basis

1

based on the merits.  However, I was scheduled to be out of the country and notified

this Honorable Court and opposing counsel, that I was scheduled to be overseas and

unavailable until the middle of December.  This Honorable Court granted an

extension to file the Initial Brief until December 3, 2014.  In that regard, I am now

returning to the country on December 2, 2014.

However, in order to adequately prepare the appendix and in doing so

conserve the courts and opposing counsel's time, I humbly request the

implementation by this Honorable Court under its discretion, FRAP 30(c)(1).

Implementation of this alternative timing of presentation of materials will both

facilitate the litigation of the present case and not negatively affect any party nor

delay the litigation of this matter.

In this regard, the implementation of FRAP 30(c)(1) does not prejudice the

opposing party, does not change the materials produced it simply changes the timing

of events to facilitate schedules and will not impact the court.  I have made this

request prior to all due dates set by the court.

I have provided notice to opposing counsel concerning this motion under the

rules.  I have not obtained the consent of opposing counsel or heard from opposing

counsel.

Submitted this the 14th day of November, 2014,

by,


s/Michael G. Sribnick, M.D., J.D., LLC
3 Kenilworth Avenue
Charleston, S.C. 29403
Phone: (843) 789-3504
Fax: (843) 720-8907
michael.g.sribnickmdjdllc@gmI

## **Certificate of Service**

I certify that I have electronically served the following parties either using the ECF Filing System and/or by U.S. Mail:

**Andrew Lindeman**

David Smith
006 North Holden Road
Greensboro, NC 27410-0000

Harold Steven Hartness
3032 Nance Cove Road
Charlotte, NC 28214

Michael Steven Hartness
3032 Nance Cove Road
Charlotte, NC 28214


s/Michael G. Sribnick, M.D., J.D.
3 Kenilworth Avenue
Charleston, S.C. 29403
Phone: (843) 789-3504
Fax: (843) 720-8907
Email: michael.g.sribnickmdjdllc@gmail.com