## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
-----------------------------------------------
### No. 14-1678
### (4:02-cv-01859-RBH)
-----------------------------------------------
**ESTATE OF DORIS HOLT; RODNEY KEITH LAIL; IRENE SANTACROCE**
**Plaintiffs-Appellants**
**and**
**JAMES SPENCER; SOUTHERN HOLDINGS, INCORPORATED; RICKY STEPHENS;**
**MARGARITE STEPHENS**
**Plaintiffs**
v.
**HORRY COUNTY, SOUTH CAROLINA; HORRY COUNTY POLICE DEPARTMENT;**
**JAMES ALBERT ALLEN, JR.; SIDNEY RICK THOMPSON; JEFFRY S. CALDWELL;**
**CHARLES MCCLENDON; JAY BRANTLY; ANDY HARTNESS; MICHAEL STEVEN**
**HARTNESS; HAROLD STEVEN HARTNESS; ANCIL B. GARVIN, III**
**Defendants-Appellees**
------------------------------------------------------------------------------------

### NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES AND FILINGS

PLEASE TAKE NOTICE that Michael Sribnick, Esquire, the undersigned Counsel for the estate of Doris Holt, Counsel for Rodney Lail and Counsel for Irene Santacroce in the case captioned above, will be out of the State of South Carolina from November 25, 2015 through November 30, 2015, January 24, - February 15, 2016 and March 14, - March 24, 2016. No court appearances are currently scheduled between those dates and no filings are due during that period that I am aware of.

### CONCLUSION

The undersigned therefore requests protection from court appearances and filings from November 25, 2015 through November 30, 2015, January 24, - February 15, 2016 and March 14, - March 24, 2016. in the above captioned case.

Respectfully Submitted,
s/Michael G. Sribnick, M.D., J.D.
Michael G. Sribnick, M.D., J.D., LLC
3 Kenilworth Avenue
Charleston, S.C. 29403
Phone: (843) 789-3504
Fax: (843) 720-8907
Email: michael.g.sribnickmdjdllc@gmail.com

**<u>Certificate of Service</u>**

I certify that I have electronically served the following parties either using the ECF Filing

System and/or by U.S. Mail:

Andrew Lindeman

David Smith
1006North Holden Road
Greensboro, NC 27410-0000

Harold Steven Hartness
3032 Nance Cove Road
Charlotte, NC 28214

Michael Steven Hartness
3032 Nance Cove Road
Charlotte, NC 28214

Ancil Garvin
1905 Canterbury Drive
Dalton, Ga. 30720

s/Michael G. Sribnick, M.D., J.D.
3 Kenilworth Avenue
Charleston, S.C. 29403
Phone: (843) 789-3504
Fax: (843) 720-8907
Email: michael.g.sribnickmdjdllc@gmail.com